UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the termination of                                 ORDER
Referral to Magistrate Judge

_____

      **ORDERED** that the referral to the Honorable Randolph F. Treece, U.S. Magistrate Judge in the following case has been terminated. This case will be decided directly, without Report and Recommendation, by the Honorable David N. Hurd, U.S. District Judge:

| Case Number | Caption |
|---|---|
| 6:12-cv-1490 (DNH/RFT) | LaVenture v. Commissioner of Social Security |

**IT IS SO ORDERED.**

Dated: January 7, 2014
Albany, New York

Gary L. Sharpe
Chief U.S. District Judge