
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RICHARD A. LA VENTURE

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

------------------------------------------------------------x

Civil Action No. 12-1490 (DNH)

**CONSENT ORDER TO AWARD ATTORNEY FEES**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of $6,750 (six thousand seven hundred fifty dollars). Such award is made in full satisfaction of any claim for fees, costs and other expenses pursuant to the EAJA.

AND, the Court having reviewed this matter,

IT IS on this 5th day of May, 2014;

ORDERED that Plaintiff be allowed an award under the Equal Access to Justice Act in the amount of $6,750 (six thousand seven hundred fifty dollars).

It is further agreed that EAJA fees may be paid to Plaintiff's attorney if Plaintiff has agreed to transfer his rights to EAJA fees to his attorney and Plaintiff owes no debt that is subject to offset under the Treasury Offset Program. It is further

ORDERED that the within matter, be and hereby is, DISMISSED with prejudice.

HON. DAVID N. HURD
United States District Court

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

By: *s/ Elizabeth Rothstein*
Elizabeth Rothstein
Special Assistant U.S. Attorney
Attorney for Defendant
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, New York 10278
Elizabeth.Rothstein@ssa.gov


OLINSKY LAW GROUP

By: *s/ Howard D. Olinsky*
Howard D. Olinsky
Attorney for Plaintiff
300 S. State Street, Suite 420
Syracuse, New York 13202
holinsky@windisability.com